**Norman Hurford, Appellant, v. Roland R. Hurford and Frances H. Wagner, Individually and as Trustees et al., Appellees.**

**Gen. No. 46,092.**

First District, Third Division.

December 15, 1954.

Released for publication February 17, 1955.

Eugene C. O'Reilly, Gregory L. Walker, and Perlman, Goodman, Hecht & Chesler, for appellant; Theodore E. Rein, and Ernest A. Braun, of counsel; Hirsch E. Soble, Roland R. Hurford, and Lester H. Koenigsberg, for appellees. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.